James C. **TAYLOR**, Appellant,

v.

General T. A. **LANE** and Captain Daniel
G. Scheuermann.

**No. 16043.**

United States Court of Appeals
Eighth Circuit.

July 8, 1958.

Wayne W. Waldo, Waynesville, Mo.,
for appellant.

Edward L. Scheufler, U. S. Atty., and
O. J. Taylor, Asst. U. S. Atty., Kansas
City, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed
and dismissed, on motion of appellees.

2

**LOCAL 978, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF
AMERICA, AFL–CIO; and Local 676,
International Hod Carriers, Building
and Common Laborers Union of Ameri-
ca, AFL–CIO, Appellants,**

v.

**Hugh E. SPERRY, Regional Director of
the Seventeenth Region of the National
Labor Relations Board, for and on be-
half of the National Labor Relations
Board.**

**No. 15948.**

United States Court of Appeals
Eighth Circuit.

Aug. 4, 1958.

Daniel J. Leary, Joplin, Mo., for ap-
pellants.

Thomas J. McDermott, Assoc. Gen.
Counsel, N. L. R. B., and Winthrop A.
Johns, Asst. Gen. Counsel, N. L. R. B.,
Washington, D. C., for appellee.

PER CURIAM.

Appeal from District Court, 156 F.
Supp. 187, dismissed, on motion of appel-
lants.

Mamie Idell **WILLIS**, Appellant,

v.

John William **SKELTON** et al.

**No. 16042.**

United States Court of Appeals
Eighth Circuit.

Aug. 7, 1958.

Oliver & Oliver and Gerald B. Rowan,
Cape Girardeau, Mo., for appellant.

Ward & Reeves, Caruthersville, Mo.,
and Jack O. Knehans, Cape Girardeau,
Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed,
on dismissal of appeal filed by appellant.

Frank O. **WILES**, Appellant,

v.

**UNION WIRE ROPE CORPORATION,**
a Delaware corporation.

**No. 16046.**

United States Court of Appeals
Eighth Circuit.

July 24, 1958.

Irving Achtenberg, Kansas City, Mo.,
for appellant.

Joseph A. Hoskins, James P. Aylward
and Terence M. O'Brien, Kansas City,
Mo., for appellee.

PER CURIAM.

Appeal from District Court, 134 F.
Supp. 299, dismissed at costs of appel-
lant, on motion of appellee.